# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# JOHNSTOWN DIVISION

| | |
|---|---|
| MELODY STOOPS<br>PO Box 42815<br>Flinton, PA 16640,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.<br>N56W17000 Ridgewood Drive<br>Menomonee Falls, WI 53051,<br><br>Defendant. | CIVIL ACTION No.<br><br>3:15-cv-00025-KRG |

## ORDER

NOW THIS, 24th day of March, 2015, it is hereby ordered and decreed that Michael A. Innes, Esquire is admitted *Pro Hac Vice* for the purposes of serving as co-counsel for the Defendant in the above-captioned case.

BY THE COURT:

_____
                                                                J.

NJ01\InneM\221771.1